UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUE VALUE COMPANY,

    Plaintiff,

v.                                            Case No. 2:11-cv-13747

CHRSTOPHER P. BISHOP and
OXFORD HARDWARE LLC,

    Defendants.
_____/

**ORDER OF VOLUNTARY DISMISSAL**

Plaintiff initiated this action on August 26, 2011, and Defendants have yet to answer the complaint or file any motions.  On November 23, 2011, Plaintiff filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to dismiss an action "without a court order" by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Although Plaintiff's notice effectively dismissed this matter, the court here confirms that dismissal for the sake of docket clarity.  Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED in accordance with Rule 41(a)(1)(B).

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated:  November 29, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 29, 2011, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522